# Court of Appeals
# of the State of Georgia

ATLANTA,  October 12, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0260.  SHELLY A. WOOD v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

The magistrate court entered a judgment against defendant Shelly Wood in this dispossessory action.  Wood  appealed to superior court, which granted the plaintiff a writ of possession in an order entered on June 21, 2012.  On June 29, 2012, Wood filed this direct appeal.  We lack jurisdiction for two reasons.

First, when a superior court order involves a de novo appeal from a magistrate court decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995).  Accordingly, Wood's notice of direct appeal does not give rise to a valid appeal.

Second, this appeal is untimely.  See OCGA § 44-7-56 (providing that an appeal from any dispossessory judgment must be filed within seven days of the date the judgment was entered); *Ray M. Wright, Inc. v. Jones*, 239 Ga. App. 521 (521 SE2d 456) (1999).  Here, Wood's notice of appeal was filed 8 days after the superior court's order was entered.  For these reasons, we lack jurisdiction over this appeal, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>10/12/2012</u>
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*